UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHELSEA'S BURGERS N BREWS LLC<br>d/b/a CHELSEA'S BURGERS & BREWS,<br>et al.,<br><br>    Defendants. | No. 1:23-CV-201-H |

## AGREED FINAL JUDGMENT

Before the Court is the plaintiff's motion for entry of an agreed judgment. Dkt. No. 21. The parties have reached an agreement and seek judgment to be rendered in favor of the plaintiff. *Id.* at 1. Based on the record in this case, the Court grants the motion and enters judgment in favor of the plaintiff. In light of the parties' agreement, the Court finds and orders as follows:

It is ordered that plaintiff recover from the defendants, jointly and severally: damages in the amount of $10,000, court costs, and interest on all sums awarded herein at the rate of five percent from the date of entry of this Agreed Final Judgment.

It is further ordered that this Agreed Final Judgment fully and finally resolves all claims between the parties. Any relief not expressly granted in this Order is denied. The Clerk of Court is directed to close this case.

So ordered on November 21, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE